**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Eric J. Waltner
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

| Judgment on rehearing rendered and mailed to all parties or counsel of record on December 30, 2020 |
| --- |

## REHEARING ACTION: December 30, 2020

**Docket Number: 20   00193-WCA**

**ROBERT LANDRY**
**VERSUS**
**LOFTON SECURITY SERVICE, INC., ET AL.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 18-02744**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. Phyllis M. Keaty**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lofton Security Service, Inc. and Zurich American Insurance**

**Company** has this day been

   **DENIED.**

cc: Alexander Stephan Lyons, Counsel for the Appellant